UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LASHELL MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | No. EDCV 10-1569 FFM<br><br><br>JUDGMENT OF REMAND |

    The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated June 27, 2011.


DATED: June 27, 2011

                                             /S/ FREDERICK F. MUMM
                                             FREDERICK F. MUMM
                                             United States Magistrate Judge